David J. Kestenbaum *(appearing pro hac vice)*
California Bar Number 253749
GROTEFELD HOFFMANN LLP
700 Larkspur Landing Circle, Ste 280
Larkspur, CA 94939
Telephone: 415.344.9670
Facsimile: 415.989.2802
dkestenbaum@ghlaw-llp.com

Kevin J. Simon (SBN: 035363)
Kevin J. Simon LLC
1031 South Bluff Street, First Floor
P.O. Box 910645
St. George UT 84791
Telephone: 435.634.8880
Kjslegal1@gmail.com

Attorneys for Claimant
NEW HAMPSHIRE INSURANCE COMPANY,
as subrogee of Mark Yardley, owner of Eagles Landing Houseboat,
formerly erroneously identified as AIG PROPERTY CASUALTY COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA, IN ADMIRALTY**

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT AND PETITION OF IMPERIAL SUNRISE, INC., as owner of the former vessel "IMPERIAL SUNRISE" FOR EXONERATION FROM OR LIMITATION OF LIABILITY | Case No.: 3:23-cv-08620-DWL<br><br>**CLAIMANT NEW HAMPSHIRE INSURANCE COMPANY'S UNOPPOSED MOTION TO EXTEND TIME TO DISMISS; [PROPOSED] ORDER** |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Claimant New Hampshire Insurance Company ("NHIC"), by and through its counsel of record, David Kestenbaum of Grotefeld Hoffmann LLP, is in receipt of the Court's Minute Order of May 1, 2025, Docket No. 40, wherein the Court has set this action for dismissal on June 19, 2025. NHIC respectfully requests that the Court extend the time for dismissal of this action by 60

1

days to August 18, 2025 to allow NHIC and Plaintiff, Imperial Sunrise, Inc. ("Plaintiff") to resolve an administrative error that led to settlement funds being sent to an incorrect address.

1. Plaintiff filed their Complaint for Exoneration From or Limitation of Liability on November 30, 2023 in United States District Court, District of Arizona, In Admiralty.
2. NHIC filed its claim against Plaintiff on March 25, 2024, wherein it was erroneously named as AIG PROPERTY CASUALTY COMPANY.
3. ARAMARK filed its claim against Plaintiff on March 26, 2024.
4. NHIC filed its amended claim on April 5, 2024.
5. The Parties participated in a settlement conference with Magistrate Judge Bruce G. Macdonald on December 16, 2024. The Parties did not reach a settlement agreement and agreed to continue the conference to December 23, 2024.
6. The Parties reconvened with Magistrate Judge Bruce G. Macdonald on December 23, 2024 and resolved this matter.
7. Counsel for Plaintiff was sent NHIC's W-9 and instructions regarding where the check should be sent on May 7, 2025 in an email to opposing counsel.
8. Counsel for Plaintiff confirmed on May 28, 2025 that settlement funds had been sent via FedEx to the addresses on the W-9s provided by Claimants NHIC and ARAMARK and were delivered to recipients on May 12, 2025.
9. Counsel for NHIC notified counsel for Plaintiff that the settlement draft had been sent to the wrong address and requested copies of the draft to provide to its client in an effort to locate the settlement draft on May 28, 2025.
10. Counsel for NHIC sent further requests for copies of the settlement draft on May 30 and June 4, 2025.
11. Counsel for Plaintiff provided a copy of the settlement draft on June 5, 2025 and relayed the information that the check had been cashed on May 14, 2025.
12. Counsel for NHIC provided its client with the copy of the check on June 5, 2025, and has continued to follow up regarding the status of the settlement draft with its client.

13. Counsel for NHIC advised Plaintiff's counsel on June 17, 2025, that its client was unable to locate the check to date and request that Plaintiff's carrier issue a stop payment and reissue the settlement draft to be sent to the correct address.

14. Counsel for NHIC is still in the process of confirming receipt of the settlement funding and requests that the dismissal of this action be stayed for sixty (60) days to allow for a complete and thorough search.

15. Counsel for Plaintiff was notified by email on June 17, 2025 at 10:39 a.m. that counsel for NHIC would be filing this motion and did not indicate to NHIC that an opposition was forthcoming.

16. NHIC is informed and believes that counsel for Plaintiff's position is that the check was sent and payment issued.

Dated: June 17, 2025

**GROTEFELD HOFFMANN LLP**

David J. Kestenbaum, Esq.
Attorneys for Claimant NEW HAMPSHIRE INSURANCE COMPANY

**UNOPPOSED MOTION TO EXTEND TIME TO DISMISS**