B. Otis Felder, Esq., *Pro Hac Vice*
*CSB Certified Admiralty & Maritime Specialist*
Taylor H. Allin, Esq.
Arizona Bar No. 031834
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
2231 E. Camelback Road, Suite 200
Phoenix, AZ  85016
Telephone: (480) 562-3660
Facsimile: (480) 562-3659
Otis.Felder@wilsonelser.com
Taylor.Allin@wilsonelser.com

*Attorneys for Petitioner and Plaintiff-in-Limitation*
*IMPERIAL SUNRISE, INC.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# IN ADMIRALTY

| | |
|---|---|
| IN RE: COMPLAINT AND PETITION OF IMPERIAL SUNRISE, INC., as owner of the former vessel "IMPERIAL SUNRISE" FOR EXONERATION FROM OR LIMITATION OF LIABILITY<br><br>Petitioner and Plaintiff-in-Limitation | Case No. 3:23-cv-08620-DWL<br><br>Hon. Dominic W Lanza<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST PETITIONER IMPERIAL SUNRISE INCORPORATED PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**COME NOW** Claimant AIG PROPERTY CASUALTY COMPANY ("AIG") and Claimant ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC ("Aramark"), by and through their attorneys of record, hereby stipulate pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), that all claims filed in this

---

1

JOINT STIPULATION OF DISMISSAL

314757269v.1

1 | action against Petitioner IMPERIAL SUNRISE INCORPORATED ("Imperial") are
2 | dismissed with prejudice, each side to bear its own costs and fees.
3 |     Specifically, Claimant AIG dismisses its claim against Petitioner Imperial filed
4 | on March 25, 2024 (ECF No. 12), with prejudice. Similarly, Claimant Aramark
5 | dismisses its claim against Petitioner Imperial filed on March 26, 2024 (ECF No. 18),
6 | as well as its counterclaim filed on April 5, 2024 (ECF No. 22), with prejudice.

SO STIPULATED.

Dated: July 1, 2025

GROTEFELD HOFFMAN LLP

By: _____
DAVID J KESTENBAUM
*Attorneys for Claimant AIG PROPERTY CASUALTY COMPANY*

SO STIPULATED.

COX WOOTTON LERNER GRIFFIN & HANSEN LLP

Dated: July 1, 2025

By: /s/ Lynn L. Krieger
Per authority 7/1/2025 @ 5:27 p.m.
LYNN LUCY KRIEGER
*Attorneys for Claimant ARAMARK SPORTS AND ENTERTAINMENT SERVICES, LLC*

SO STIPULATED.

Dated: June 12, 2025

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: /s/ Taylor H. Allin, Esq.
B. OTIS FELDER, ESQ.
TAYLOR H. ALLIN, ESQ.
*Attorneys for Petitioner and Plaintiff-in-Limitation Imperial Sunrise*

# CERTIFICATION

I hereby certify that on this 2nd day of July, a copy of the foregoing **STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST IMPERIAL SUNRISE INCORPORATED PURSUANT TO FRCP 41(a)(1)(A)(ii)** was e-filed via electronic service through the United States District Court for the District of Arizona's ECF System to:

David J. KestenBaum
Grotefeld Hoffmann LLP
700 Larkspur, CA 94939
dkestenbaum@ghlaw-llp.com
*Attorney for AIG Property & Casualty Co.*

Kevin J. Simon
PO Box 910645
St. George, UT 84791
KJSLegal1@gmail.com
*Attorney for AIG Property & Casualty Co.*

Lynn Lucy Krieger
Zvonimir Sola
Cox Wootton Lerner Griffin & Hansen LLP
900 Front St., Suite 350
San Francisco, CA 94111
lkrieger@cwlfirm.com
zsola@cwlfirm.com
*Attorneys for Aramark Sports and Entertainment Services, LLC*


By: */s/ Becki Villarreal*