B. Otis Felder, Esq., *Pro Hac Vice*
*CSB Certified Admiralty & Maritime Specialist*
Taylor H. Allin, Esq.
Arizona Bar No. 031834
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
2231 E. Camelback Road, Suite 200
Phoenix, AZ  85016
Telephone: (480) 562-3660
Facsimile:     (480) 562-3659
Otis.Felder@wilsonelser.com
Taylor.Allin@wilsonelser.com

*Attorneys for Petitioner and Plaintiff-in-Limitation
Imperial Sunrise, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## <u>IN</u> <u>ADMIRALTY</u>

| | |
|---|---|
| In Re: Complaint and Petition of Imperial Sunrise, Inc. as Owner of the former vessel "Imperial Sunrise" 1991 Stardust Cruiser HIN TKZ00341E091, For Exoneration From or Limitation of Liability,<br><br>Petitioner and Plaintiff-in-Limitation | Case No. 3:23-cv-08620-DWL<br><br>Hon. Dominic W Lanza<br><br>**PETITIONER'S UNOPPOSED *EX PARTE* APPLICATION FOR JUDGMENT EXONERATING PETITIONER** |

NOW COMES the Petitioner, Imperial Sunrise, Inc. (hereinafter "Petitioner and also referred to as a Plaintiff-in-Limitation), as having an ownership interest in the watercraft "Imperial Sunrise," a 1991 Stardust Cruiser HIN TKZ00341E091 (hereinafter referred to as the "Vessel") and hereby applies, pursuant to Rule F of the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims ("Supplemental Admiralty Rules" and/or "Rule F") and Fed.

1  R. Civ. P. 55(b)(2) & 58, to the Court for issuance of the accompanying ORDER
2  DIRECTING ENTRY OF JUDGMENT EXONERATING PETITIONER along
3  with dismissal of this matter.
4      No claim has been filed in these proceedings against Petitioner following the
5  March 26, 2024 deadline provided in the publication on the Monition of the Court's
6  Order (ECF No. 10) to do so.  See *In the of Matter Hechinger*, 890 F. 2d 202, 207
7  (9th Cir. 1989).  See also *Complaint of Am. President Lines, Ltd.*, 1980 A.M.C.
8  1872 (N.D. Cal. Apr. 7, 1980) ("after all claims had been compromised, this court
9  entered final judgment exonerating APL from liability"). Thus, Petitioner seeks an
10 order of exoneration and judgment dismissing this matter.  See also *Order Granting
11 Petition for Application for Exoneration* (ECF No. 15), *In Re: Complaint and
12 Petition of Nate Paulino as Owner of a Certain 2021 Yamaha Waverunner, HIN
13 YAMA0874D121, for Exoneration from or Limitation of Liability*, Case No. 3:24-
14 cv-08164-PCT-SMB (D. Ariz. Jan. 7, 2025).
15     This application is based on the concurrently filed Memorandum of Points &
16 Authorities and the supporting Declaration of Taylor H. Allin with Exhibits thereto,
17 along with the pleadings and other papers on file in this matter, all matters of which
18 this Court may take judicial notice, and upon such other and further oral or other
19 evidence as may be presented to the Court at our prior to any hearing of this matter
20 should the Court deem it necessary.

21                                          Respectfully Submitted,
22 Dated:  July 8th, 2025              **WILSON, ELSER, MOSKOWITZ,**
23                                          **EDELMAN & DICKER LLP**
24
25                                  By:   */s/ Taylor H. Allin*
                                          Taylor H. Allin
26                                        B. Otis Felder
                                          Attorneys for Petitioner and
27                                        Imperial Sunrise, Inc.
28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2025, the foregoing document entitled, **PETITIONER'S UNOPPOSED *EX PARTE* APPLICATION FOR JUDGMENT EXONERATING PETITIONER** was e-filed via electronic service through the United States District Court for the District of Arizona's ECF System.

By:  */s/ Taylor Allin*