B. Otis Felder, Esq., *Pro Hac Vice*
*CSB Certified Admiralty & Maritime Specialist*
Taylor H. Allin, Esq.
Arizona Bar No. 031834
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
2231 E. Camelback Road, Suite 200
Phoenix, AZ  85016
Telephone: (480) 562-3660
Facsimile:    (480) 562-3659
Otis.Felder@wilsonelser.com
Taylor.Allin@wilsonelser.com

*Attorneys for Petitioner and Plaintiff-in-Limitation*
*Imperial Sunrise, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## <u>IN</u> <u>ADMIRALTY</u>

| | |
|---|---|
| In Re: Complaint and Petition of Imperial Sunrise, Inc. as Owner of the former vessel "Imperial Sunrise" 1991 Stardust Cruiser HIN TKZ00341E091, For Exoneration From or Limitation of Liability, Petitioner and Plaintiff-in-Limitation | Case No. 3:23-cv-08620-DWL<br><br>Hon. Dominic W Lanza<br><br>**DECLARATION OF TAYLOR H. ALLIN IN SUPPORT OF PETITIONER'S UNOPPOSED *EX PARTE* APPLICATION FOR JUDGMENT EXONERATING PETITIONER** |

I, Taylor H. Allin, hereby state and declare under the penalty of perjury as follows:

1. I am an attorney representing Petitioner in the above-referenced matter and am admitted to practice law in Arizona. I have personal knowledge of the matters stated herein, and if called to testify, I could and would testify competently thereto.

2. I am admitted to practice and in good standing before all Arizona,

1  Nebraska, and Utah state and federal courts.

2      3.    Following the Court's Order and publication of the notice directed therein, as well as providing copies of the order and other pleadings to known potential claimants through their counsel, I have received no notices of any claims in the above-referenced proceedings and note that the Court's electronic court file does not reflect any claims being filed with the Court as well.

    4.    I am aware that New Hampshire Insurance Company, as subrogee of Mark Yardley, owner of Eales Landing Houseboat, formerly erroneously identified as AIG Property Casualty Company, and Aramark Sports and Entertainment Services, LLC dba Lake Powell Resorts & Marinas filed a lawsuit in the U.S. District Court, District of Arizona (Case No. 3:23-cv-08620-DWL) against Petitioner.  Claimants came to terms and agreed to file timely dismissals with prejudice of all claims in a confidential settlement agreement with Petitioner and Plaintiff-in-Limitation.

    5.    After providing their counsel notice of these proceedings and as provided in a confidential settlement, Claimants raised no claims against the Petitioner.  Accordingly, the Petitioner may obtain exoneration.

I declare under penalty of perjury of the laws of the United States that the foregoing is true of my own knowledge, that I am over the age of 18, and that if called as a witness I could and would testify competently thereto.

Executed this 8th day of July 2025 in Phoenix, Arizona.

                          By: *Taylor H. Allin*
                             Taylor H. Allin