# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# IN ADMIRALTY

| | |
|---|---|
| In Re: Complaint and Petition of Imperial Sunrise, Inc. as Owner of the former vessel "Imperial Sunrise" 1991 Stardust Cruiser HIN TKZ00341E091, For Exoneration From or Limitation of Liability,<br><br>Petitioner and Plaintiff-in-Limitation | Case No. 3:23-cv-08620-DWL<br><br>Hon. Dominic W. Lanza<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR EXONERATION** |

IT IS HEREBY ORDERED, JUDGED, and DECREED that Petitioner's application for exoneration is GRANTED, and Petitioner, including his agents, operators, and the vessel, are forever exonerated and discharged from any and all claims, losses, liabilities, and/or injuries arising or related to the vessel "Imperial Sunrise" 1991 Stardust Cruiser and as alleged in the pleadings. The Clerk directed to enter judgment in Petitioner's favor accordingly.

///

///

///

1  IT IS SO ORDERED, this ____ Day of _____, 2025

_____
HON. DOMINIC W. LANZA
UNITED STATES DISTRICT COURT